IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 11-cv-02758-WJM-KLM

MARY NETT,

    Plaintiff,

v.

GRIFFITH CENTERS FOR CHILDREN, INC.,

    Defendant.
_____

### ORDER GRANTING UNOPPOSED MOTION TO DISMISS
_____

This matter is before the Court on the Plaintiff's Unopposed Motion to Dismiss filed January 4, 2012 (ECF No. 6).  The Court being fully advised hereby ORDERS as follows:

The Plaintiff's motion is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay her or its own attorney's fees and costs.

Dated this 6th day of January, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge